IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR34-2 |
| | ) | |
| V. | ) | |
| | ) | |
| LARA JO URESTE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Ureste's motion to modify conditions of self surrender and for permission to marry (filing 81) is denied.

    DATED this 17th day of September, 2009.

                                                      BY THE COURT:

                                                      *Richard G. Kopf*
                                                      United States District Judge