FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 NOV -3  AM 9:51

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. <s>4:09CR10</s> |
| ) | 8:09CR34-2 |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| vs. ) | MOTION TO EXTEND SELF |
| ) | SURRENDER DATE |
| LARA JO URESTE, ) | |
| ) | |
| Defendant. ) | |

Lara Jo Ureste, by and through her attorney, has filed a motion, supported by a letter from her physician seeking to extend the date after which she shall be required to self surrender to the Bureau of Prisons for service of her sentence. Good cause appears for this request and accordingly,

IT IS ORDERED that said motion is granted and Lara Jo Ureste is granted an additional 60 days, or no sooner than January 17, 2010 before she shall be required to surrender herself as directed by the Bureau of Prisons. During this period her order concerning conditions of pretrial release shall remain in full force and effect. The Clerk is directed to notify the Marshall. The Marshall is requested to notify the Bureau of Prison of the new date for self surrender.

/s/ Richard Kopf

November 3, 2009
Date

United States District Judge