# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:09CR34 |
| vs. | |
| LARA JO URESTE, | ORDER |
| Defendant. | |

Defendant Lara Jo Ureste appeared by summons before the court on Friday, January 5, 2018, on a Petition for Warrant or Summons for Offender Under Supervision [111]. Defendant was represented by Assistant Federal Public Defender, Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney, Gregory D. Artis, Jr. Defendant was not is custody, and therefore not entitled to a preliminary examination. Defendant was released on the current terms and conditions of supervision.

The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on February 23, 2018, at 11:00 a.m. Defendant must be present in person.

2. Defendant is released on the current terms and conditions of supervision.

Dated this 5th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge